THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIAH SEWELL, Appellant.— Motion to prosecute appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY RICCO and CHARLES INDIVIGLIA, Appellants, against ROBERT E. MURPHY, as Warden of AUBURN PRISON, Respondent.— Motion to prosecute appeals as poor persons denied on the ground that the papers fail to show merit to the appeals.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO RATAJCZAK, Appellant.— Motion to prosecute appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT LEE MORRISON, Appellant, against W. WILKINS, as Warden, Respondent.— Motion for leave to reargue motion to prosecute appeal as a poor person and for other relief denied.

## (April 27, 1960)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO LAMUTE, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Monroe County Court convicting defendant of the crimes of burglary, third degree, and grand larceny, first degree.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY J. CUCINOTTI, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Monroe County Court convicting defendant of the crimes of burglary, third degree, and grand larceny, first degree.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE KENNEDY, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crime of robbery, first degree.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID McDOWELL, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Onondaga County Court convicting defendant of the crime of assault, second degree.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.